THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAYMOND BENJAMIN WINCHESTER, Defendant-Appellant.

(No. 11628;

Fourth District—May 24, 1972.

Opinion by Mr. PRESIDING JUSTICE TRAPP.

Carl E. Kasten, of Phelps, Russell & Kasten, of Carlinville, for appellant.

Thomas P. Carmody, State's Attorney, of Carlinville, for the People.